1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division

3
4  KIMBERLY M. BRIGGS (CASBN 132043)
   Assistant United States Attorney

5    1301 Clay Street, Suite 340S
     Oakland, CA, 94612
6    Telephone: (510) 637-3680

7  Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11 UNITED STATES OF AMERICA,           )   No. 07-70318 WDB
                                       )
12       Plaintiff,                    )
                                       )
13    v.                               )   NOTICE OF DISMISSAL OF CRIMINAL
                                       )   COMPLAINT AGAINST DEFENDANT
14 JUAN CARLOS ZEPEDA-GONZALEZ,        )   JUAN CARLOS ZEPEDA-GONZALEZ
                                       )   WITHOUT PREJUDICE
15       Defendant.                    )
                                       )
16                                     )
   _____)   (Oakland Venue)
17
       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
18
   United States Attorney for the Northern District of California dismisses the criminal complaint
19
   againt the above-named defendant without prejudice and moves that the Court release the
20
   defendant to the custody of the Bureau of Immigration and Customs Enforcement if a detainer
21
   has been filed against him.
22
   DATED:  June 29, 2007                    Respectfully submitted,
23
                                            SCOTT N. SCHOOLS
24                                          United States Attorney

25                                              /S/
                                            _____
                                            KIMBERLY M. BRIGGS
26                                          Assistant United States Attorney

27 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document.
28

   NOTICE OF DISMISSAL 07-70318 WDB

1 | Leave of Court is granted to the government to dismiss the criminal complaint without prejudice
2 | against the above-named defendant.  It is further ordered that the defendant be released to Bureau
3 | of Immigration and Customs Enforcement if a detainer has been filed against him.
4 |
5 | Date: _____                              _____
6 |                                                    WAYNE D. BRAZIL
7 |                                                    United States District Judge