SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

KIMBERLY M. BRIGGS (CASBN 132043)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-3680

Attorneys for Plaintiff

**FILED**

JUN 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JUAN CARLOS ZEPEDA-GONZALEZ, )<br>)<br>    Defendant. )<br>)<br>_____ )<br>) | No. 07-70318 WDB<br><br>NOTICE OF DISMISSAL OF CRIMINAL COMPLAINT AGAINST DEFENDANT JUAN CARLOS ZEPEDA-GONZALEZ WITHOUT PREJUDICE<br><br>(Oakland Venue) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the criminal complaint againt the above-named defendant without prejudice and moves that the Court release the defendant to the custody of the Bureau of Immigration and Customs Enforcement if a detainer has been filed against him.

DATED:  June 29, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

      /S/
_____
KIMBERLY M. BRIGGS
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

cc: WDB's Stats, Copy to parties via ECF, 2 certified Copies to Marshal, Pretrial

NOTICE OF DISMISSAL 07-70318 WDB

Leave of Court is granted to the government to dismiss the criminal complaint without prejudice against the above-named defendant. It is further ordered that the defendant be released to Bureau of Immigration and Customs Enforcement if a detainer has been filed against him.

Date: 6 - 29 - 07

WAYNE D. BRAZIL
United States District Judge

2